**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-1066**

───────────

ELITO MARIKE SANTOS MENDES,

          Petitioner,

   v.

MERRICK B. GARLAND, Attorney General,

          Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals

───────────

Submitted: June 27, 2023                          Decided: July 25, 2023

───────────

Before NIEMEYER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Petition dismissed by unpublished per curiam opinion.

───────────

Elito Marike Santos Mendes, Appellant Pro Se.  Duncan Thomas Fulton, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elito Marike Santos Mendes, a native and citizen of Cape Verde, petitions for review of the order of the Board of Immigration Appeals ("Board") dismissing his untimely appeal from the immigration judge's denial of his application for deferral of removal under the Convention Against Torture and denying to consider the appeal by certification. This Court lacks jurisdiction to review the Board's discretionary decision not to certify an appeal. *See Idrees v. Barr*, 923 F.3d 539, 542-43 (9th Cir. 2019) (holding that the decision of whether to certify a claim is committed to agency's discretion and not reviewable). Because Mendes did not timely appeal, his remaining claims are unexhausted and will not be considered by this court. *See Poole v. Mukasey*, 522 F.3d 259, 264 (2d Cir. 2008) (joining other circuits to hold that a late appeal to the Board leaves a petitioner's claim unexhausted). Accordingly, we dismiss the petition for review. We deny Mendes' motions for appointment of counsel and to submit additional evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the submissions before the court and argument would not aid the decisional process.

*PETITION DISMISSED*